ADAM M. VANDER HEYDEN, ESQ.
Nevada bar # 10462
6590 South Rainbow Boulevard – Suite #110
Las Vegas, NV  89118
(702) 701-7800 (Phone)
(702) 701-7801 (Fax)
adam@duidoctor.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-mj-027-DJA |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| DREW SCOTT SHERVAN, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO AMEND CHARGE TO**

**RECKLESS DRIVING AND CLOSE CASE**

IT IS HEREBY STIPULATED AND AGREED by and between ADAM M. VANDER HEYDEN, ESQ. Counsel for Defendant DREW SCOTT SHERVAN and UNITED STATES ATTORNEY'S OFFICE, that the original charge the Defendant plead to (Operating a Motor Vehicle while Under the Influence of Alcohol), be amended to a Reckless Driving charge, which the Defendant will enter a plea of guilty to, and the case subsequently closed, as all requirements have been completed.  The parties hereby move the court:

This Stipulation is entered into for the following reasons:

1. The Defendant has successfully completed all terms of the plea agreement.

2. According to the terms of the plea agreement, the original charge the Defendant plead to (Operating a Motor Vehicle Under the Influence of Alcohol), is to be amended to a Reckless Driving, which the Defendant will enter a plea of guilty to, and the case subsequently closed.

DATED: February 2, 2023,

*Adam Vander Heyden*
ADAM M. VANDER HEYDEN, ESQ.
6590 S. Rainbow Blvd. – Suite #110
Las Vegas, Nevada 89118
Attorney for Defendant

*Amani Dixon*
U.S. Attorney's Office.
Assistant United States Attorney
501 Las Vegas Blvd South #1100
Las Vegas, Nevada 89101

ADAM M. VANDER HEYDEN, ESQ.
Nevada bar # 10462
6590 South Rainbow Boulevard – Suite #110
Las Vegas, NV  89118
(702) 701-7800 (Phone)
(702) 701-7801 (Fax)
adam@duidoctor.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-mj-027-DJA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| DREW SHERVAN, | ) | |
| | ) | |
| Defendant. | ) | |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the parties move the court:

This Stipulation is entered into for the following reasons:

1. Mr. Shervan has successfully completed all terms of the plea agreement.

2. According to the terms of the plea agreement, the original charge Mr. Shervan plead to (Operating a Motor Vehicle Under the Influence of Alcohol), is to be amended to a Reckless Driving, and the case subsequently closed.

3

**ORDER**

IT IS HEREBY ORDERED that the parties move the court in above-referenced matter to be amended from Operating a Motor Vehicle Under the Influence of Alcohol to a Reckless Driving charge, and the case subsequently closed, as all requirements have been completed.

DATED this <u>  3rd  </u> day of <u>  February  </u>, 2023.

_____
DANIEL J. ALBREGTS
United States Magistrate Judge